AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# United States District Court

## for the

### Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jun 09 2025

ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LEONARDO SERRA | ) Case No:  1:19cr15HSO-RHW |
| | ) USM No:  21185-043 |
| Date of Original Judgment:          02/27/2020 | ) |
| Date of Previous Amended Judgment: | ) Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/27/2020   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   6-9-2025

Effective Date:   6-9-2025
*(if different from order date)*

_____
*Judge's signature*

The Honorable Halil S. Ozerden, Chief U.S. District Judge
*Printed name and title*